UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RENISHA HEMANTKUMAR PATEL,<br><br>Petitioner,<br><br>v.<br><br>US DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Respondents. | CASE NO. C19-841-RAJ-BAT<br><br>**ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME** |

The parties' agreed motion for extension of time, Dkt. 8, is **GRANTED**. Petitioner shall file his response to the Government's motion to dismiss on or before August 5, 2019. The Government may file a reply by August 9, 2019. The Clerk is directed to **RE-NOTE** the Government's motion to dismiss, Dkt. 5, for August 9, 2019.

DATED this 23rd day of July, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING AGREED MOTION FOR
EXTENSION OF TIME - 1